

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DARREN NORMAN,<br><br>  Petitioner,<br><br>  v.<br><br>LARRY SMALL, WARDEN,<br><br>  Respondent. | Case No.  CV 08-6793-PSG (MLG)<br><br>JUDGMENT |

  IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: _March 10, 2009

Philip S. Gutierrez
United States District Judge

